**Robert P. Blasco, Esq.**
**Hoffman & Blasco, LLC**
**9360 Glacier Hwy., Ste. 202**
**Juneau, AK 99801**
**(907) 586-3340**
**(877) 888-4298 (fax)**
**Attorneys for Darlene Dunn**
rpblasco@hoffmanblasco.com
rpbparalegal@hoffmanblasco.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **JOHNATHAN PLATT,**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES OF AMERICA,**<br><br>Defendant.<br><br>**UNITED STATES OF AMERICA,**<br><br>Third Party Plaintiff,<br><br>v.<br><br>**DARLENE DUNN,**<br><br>Third Party Defendant. | Case No.: 3:19-cv-00086-JWS |

**STIPULATION TO EXTEND PRETRIAL DEADLINES**

Third-Party Defendant Darlene Dunn, and Plaintiff, Johnathan Platt, and Defendant/Third-Party Plaintiff United States of America, hereby stipulate to and request

the Court Order a sixty (60) day extension of pretrial deadlines as follows for the reason the parties have actively engaged in discovery, conducting two weeks of depositions November 8-18, 2021, and other depositions have been required to be postponed until January, and as such, the parties recognize the need for additional time:

- Final Discovery Witness List                February 8, 2022
- Close of Discovery                          March 21, 2022
- Close of Expert Witness Discovery           March 21, 2022
- Close of Fact Discovery                     March 21, 2022
- Discovery Motions                           June 22, 2022
- Motions to Exclude Expert Testimony         June 22, 2022
- Dispositive Motions                         July 25, 2022

Counsel for the Plaintiff Johnathan Platt and Defendant/Third-Party Plaintiff United States of America have authorized counsel for the Third-Party Defendant to sign this stipulation on their behalf.

HOFFMAN & BLASCO, LLC

Dated: November 29, 2021      By:   /s/ Robert P. Blasco
                                    Robert P. Blasco, AK Bar #7710098
                                    Attorneys for Defendant Darlene Dunn
                                    Hoffman & Blasco, LLC
                                    9360 Glacier Hwy., Ste. 202
                                    Juneau, AK 99801
                                    Phone: (907) 586-3340

|  |  |
|---|---|
| | Fax: (877) 888-4298<br>rpblasco@hoffmanblasco.com<br>rpbparalegal@hoffmanblasco.com |
| Dated: November 29, 2021 | By: /s/ Seth M. Beausang (consent)<br>Assistant U.S. Attorney<br>Federal Building & U.S. Courthouse<br>222 West Seventh Ave., #9, Rm. 253<br>Anchorage, AK 99513-7567<br>Phone: (907) 271-5071<br>Fax: (907) 271-2344<br>Seth.beausang@usdoj.gov<br>Attorney for United States of America |
| | LAW OFFICE OF WILLIAM DENNIE COOK, P.C. |
| Dated: November 29, 2021 | By: /s/ William D. Cook (consent)<br>William D. Cook, Esq., AK Bar #7510062<br>Law Office of William Dennie Cook, P.C.<br>P.O. Box 770001<br>Eagle River, AK 99577-0001<br>Phone: (907) 694-1010<br>Fax: (907) 694-2024<br>bill@alaskainjury.com<br>Attorneys for Plaintiff |
| | LAW OFFICE OF APRIL STRANG-KUTAY |
| Dated: November 29, 2021 | By: /s/ April L. Strang-Kutay (consent)<br>April L. Strang-Kutay, Esq.<br>Attorney I.D. #46728<br>1837-A William Penn Way<br>Lancaster, PA 17601<br>Phone: (717) 509-6141 |

Fax: (717) 517-8844
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

The undersigned certifies that on November 29, 2021, a true and correct copy of the foregoing **STIPULATION TO EXTEND PRETRIAL DEADLINES** was served on the following parties of record via ECF:

Bryan Schroder
United States Attorney
Seth M. Beausang
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Ave., #9, Rm. 253
Anchorage, AK 99513
Seth.Beausang@usdoj.gov

William D.Cook
Law Office of William Dennie Cook, P.C.
P.O. Box 77001
Eagle River, AK 99577
bill@alaskainjury.law
admin@alaskainjury.law

April Strang-Kutay
The Law Office of April Strang-Kutay
1837- A William Penn Way
Lancaster, PA 17601
ask@strangkutaylaw.com


　　　/s/ Robert P. Blasco
　　　　　Robert P. Blasco